BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

FILED
MAY 07 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:14MJ0074 SKO |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| NATALIE MIDDLETON, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The arrest warrant as to Defendant Natalie Middleton in the above-captioned matter be unsealed.

DATED: May 7, 2014

_____
SHEILA K. OBERTO
U.S. Magistrate Judge